## Commonwealth *v.* Pierson, Appellant.

Argued March 24, 1975. *Stephen H. Serota,* with him *Nissenbaum & Serota,* for appellant; *Hugh J. Colihan,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Seville, Appellant.

Argued March 10, 1975. *Robert W. Geigley,* with him *Blake E. Martin,* Public Defender, for appellant; *George S. Glen,* Assistant District Attorney, with him *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.